*E-FILED - 2/13/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICKY RAY WYATT,**<br><br>Plaintiff,<br><br>v.<br><br>**D. SWEARINGEN, et al.,**<br><br>Defendants. | C 06-4228 RMW (PR)<br><br>[PROPOSED] ORDER<br>GRANTING DEFENDANTS'<br>MOTION FOR AN<br>EXTENSION OF TIME TO<br>FILE A DISPOSITIVE<br>MOTION |

Defendants move for a sixty-five-day extension, up to and including March 19, 2009, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including March 19, 2009. The time in which Plaintiff may file his opposition is extended up to and including April 20, 2009. And Defendants shall file a reply concerning their dispositive motion no later than fifteen days after Plaintiff's opposition is filed.

Dated: _ 2/12/09 _____

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Judge

20173041.wpd

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.

*Wyatt v. Swearingen, et al.*
C 06-4228 RMW (PR)

1