***E-FILED - 3/18/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICKY RAY WYATT,** Plaintiff, **v.** **D. SWEAREINGEN, et al.,** Defendants. | C 06-4228 RMW (PR) **[] ORDER GRANTING DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendants move for a forty-five-day extension, up to and including May 8, 2009, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested second extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including May 8, 2009. The time in which Plaintiff may file his opposition is extended up to and including June 8, 2009. And Defendants shall file a reply concerning their dispositive motion no later than fifteen days after Plaintiff's opposition is filed.

Dated: 3/16/09

Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United States District Judge

20187500.wpd

SF2009201313