*E-FILED - 6/17/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY WYATT,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD J. KIRKLIN, et al.,<br><br>    Defendants.<br>_____ / | No. C 06-04228 RMW (PR)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Docket No. 39) |

    Plaintiff has filed a motion for an extension of time in which to file his opposition to defendants' motion to dismiss. The court concludes that plaintiff has shown good cause for such extension. Accordingly, plaintiff's motion for an extension of time (docket no. 39) is GRANTED. Plaintiff shall file his opposition, and serve a copy on defendants' counsel, **within sixty (60) days** of the date of this order. Defendants shall file a reply brief no later than **fifteen (15) days** after the date plaintiff's opposition is filed.

    IT IS SO ORDERED.

DATED: 6/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of time to File Opposition to Defendants' Motion to Dismiss
P:\PRO-SE\SJ.Rmw\CR.06\Wyatt228.EOT-OPP2MTD.wpd