1
2
3
4
5
6
7

*E-FILED - 8/25/09*

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  RICKY RAY WYATT,                          No. C 06-4228 RMW (PR)

11          Plaintiff,                        ORDER GRANTING PLAINTIFF'S AFFIDAVIT
                                              FOR (SECOND) EXTENSION OF TIME
12      v.
                                              (Docket No. 41)
13  WARDEN RICHARD J. KIRKLAND, et al.,

14          Defendants.

15  _____/

16          Defendants filed a motion to dismiss and for summary judgment on May 8, 2009.  On May

17  26, 2009, plaintiff requested an extension of time to file an opposition.  On June 17, 2009, the court

18  granted plaintiff an additional 60 days in which to file an opposition.

19          On August 6, 2009, plaintiff filed the instant "affidavit" requesting a second extension of

20  time so that he may conduct research to oppose defendants' motion.  The court GRANTS plaintiff's

21  request for an extension of time.  Plaintiff is advised that further extensions will not be favored.

22          Plaintiff shall file his opposition and serve a copy of defendants' counsel **within thirty (30)**

23  **days** of the filing date of this order.  Defendants shall file a reply brief no later than **fifteen (15)**

24  **days** after the date plaintiff's opposition is filed.

25          IT IS SO ORDERED.

26  DATED: ___8/24/09___

27                                            RONALD M. WHYTE
                                              United States District Judge
28

Order Granting Plaintiff's Affidavit for (Second) Extension of Time
P:\PRO-SE\SJ.Rmw\CR.06\Wyatt228.2dEOT-OPP2MTD.wpd

**United States District Court**
For the Northern District of California