*E-FILED - 11/10/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICKY RAY WYATT,<br><br>Plaintiff,<br><br>v.<br><br>D. SWEARINGEN, et al.,<br><br>Defendants. | C 06-4228 RMW (PR)<br><br>\|XXXXXXXX **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY** |

Defendants move for a forty-five-day extension, up to and including November 23, 2009, in which to file a reply regarding their motions to dismiss and for summary judgment. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a reply is extended up to and including November 23, 2009.

Dated: 11/6/09

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Judge

1