IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RAY WYATT, | ) No. C 06-4228 RMW (PR) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| D. SWEARINGEN, T. LUCARELLI, and M. FOSS, | ) |
| Defendants. | ) |

    Judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint. The clerk shall terminate any pending motions and close the file.

    IT IS SO ORDERED.

DATED: 1/5/10

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.06\Wyatt228jud.wpd